COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Clarence D. Lewis
River Bend Detention Ctr. DOC No. 219660
9450 Hwy 65 South
Lake Providenc LA 71254

**REHEARING ACTION: October 16, 2013**

**Docket Number: 13   00886-KH**

**STATE OF LOUISIANA
VERSUS
CLARENCE D. LEWIS**

**Writ Application from Lafayette Parish Case No. 130950**

**BEFORE JUDGES:**

    **Hon. Jimmie C. Peters
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Clarence D. Lewis** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent